**CERTIFICATION OF SERVICE**


I, _____Rashad Blossom_____, certify that I am, and at all times during the service of process was, not
         (name)

less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify

that the service of this summons and a copy of the complaint was made __6/13/23____ by:
                                                         (date)


[X] Mail service: Regular, first class United States mail, postage fully pre−paid to:
                            William W. Gillespie, Jr.
                            432 Wilson Farm Rd.
                            Gastonia NC 28056


[ ] Personal service: By leaving the process with defendant or with an officer or agent of defendant at:


[ ] Residence service: By leaving the process with the following adult at:


[ ] Publication: The defendant was served as follows: (Describe briefly)


[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: (Describe briefly)


Under penalty of perjury, I declare that the foregoing is true and correct.


  6/13/23_____                           /s/ Rashad Blossom_____
Date                                     Signature


                                       Rashad Blossom_____
                                     Print Name
                                     301 S. McDowell St., Suite 1103_____
                                     Business Address
                                       Charlotte NC 28204_____
                                     City, State



## UNITED STATES BANKRUPTCY COURT
### Western District of North Carolina
### Charlotte Division

Adversary No.: 23–03016

IN THE MATTER OF:
    Kimberly Dionne Moore
      Debtor(s)

Case No.: 20–30376
Chapter: 13

Kimberly Dionne Moore
    Plaintiff(s)

vs.

William W. Gillespie Jr. et al.
    Defendant(s)

# SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Dated: June 13, 2023

Steven T. Salata, Clerk
U.S. BANKRUPTCY COURT
401 West Trade Street
Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

Rashad Blossom
Blossom Law PLLC
301 S. McDowell St.
Suite 1103
Charlotte, NC 28204

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: June 13, 2023

s/   Steven T. Salata
Clerk of Court

Form B2500A (12/15)
Electronically filed and signed ( 6/13/23)