**CERTIFICATION OF SERVICE**

I, _____Rashad Blossom_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify
         (name)

that the service of this summons and a copy of the complaint was made __6/13/23____ by:
                                                                        (date)

[X] Mail service: Regular, first class United States mail, postage fully pre–paid to:

        Jimmie C. Gillespie
        432 Wilson Farm Rd.
        Gastonia NC 28056

[ ] Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: (Describe briefly)

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

 6/13/23  
Date

/s/ Rashad Blossom  
Signature

Rashad Blossom  
Print Name

301 S. McDowell St., Suite 1103  
Business Address

Charlotte NC 28204  
City, State



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 23–03016

| | |
|---|---|
| IN THE MATTER OF:<br>    Kimberly Dionne Moore<br>        Debtor(s) | Case No.: 20–30376<br>Chapter: 13 |

Kimberly Dionne Moore
    Plaintiff(s)

vs.

William W. Gillespie Jr. et al.
    Defendant(s)

# SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Dated: June 13, 2023                               Steven T. Salata, Clerk
                                                   U.S. BANKRUPTCY COURT
                                                   401 West Trade Street
                                                   Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

                                                   Rashad Blossom
                                                   Blossom Law PLLC
                                                   301 S. McDowell St.
                                                   Suite 1103
                                                   Charlotte, NC 28204

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: June 13, 2023        s/  Steven T. Salata
                                           Clerk of Court

Form B2500A (12/15)
Electronically filed and signed ( 6/13/23)