

FILED & JUDGMENT ENTERED
Steven T. Salata

July 12 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 20-30376 |
| KIMBERLY DIONNE MOORE, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| KIMBERLY DIONNE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. 23-03016 |
| v. ) | |
| ) | |
| WILLIAM W. GILLESPIE, JR. and ) | |
| JIMMIE C. GILLESPIE, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT TO STRIP LIEN**

THIS MATTER came on before the Court upon the Motion to Extend Time to Respond to the Complaint to Strip Lien. After review of the Court's file and record, the Court hereby finds:

1. This adversary proceeding was filed on June 9, 2023.

2. Defendants were served with a copy of the Complaint to Strip Lien and Summons on June 13, 2023. The deadline for Defendants to file their response is July 13, 2023.

3. Defendants believe that good cause exists for the Court to grant an extension of time for Defendants to file their answer or responsive pleadings. No previous extensions have been requested.

1

ORDERED that the time for Defendants William W. Gillespie, Jr. and Jimmie C. Gillespie to file their answers to the Complaint to Strip Lien is hereby extended through and including August 12, 2023.

| | |
|---|---|
| This Order has been signed electronically.  The judge's signature and court's seal | United States Bankruptcy Court |

2